1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8

9    Peter Lu,

10              Plaintiff                          Case No.: 2:13-cv-00949-JAD-GWF

11                    v.
                                                   **Order Dismissing Action**
12   Jing Ye and Wuji Cao,

13              Defendants

14

15        Before the Court is Peter Lu's 42 U.S.C. § 1983 action against Jing Ye and Wuji Cao.

16   Magistrate Judge George Foley Jr. dismissed Lu's first complaint on October 10, 2013, "for failure

17   to state a claim upon which relief can be granted." Doc. 5 at 3. Judge Foley's order granted Lu

18   "until November 8, 2013, to file an amended complaint, if he believes he can cure the noted

19   deficiencies." Doc. 5 at 3. Lu has neither filed an amended complaint nor moved for an extension

20   of time. Accordingly, with good cause appearing and with no reason for delay,

21        It is hereby ORDERED that this case is **DISMISSED** without prejudice.

22        DATED February 3, 2014.

23

24

25                                              _____
                                                Jennifer A. Dorsey
26                                              United States District Judge

27

28